STATE OF NEW JERSEY v. CARL L. JOHNSON.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CESAR AUGUSTO RENGIFO.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERTO FELL.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MILENA ALVAREZ.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH HENDERSON, JR.

December 8, 1987.

Petition for certification denied.